# United States District Court
**Central District of California**
## Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 18, 2024

Los Angeles Superior Court − Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: 2:24−cv−01884−WLH−MAA
Previously Superior Court Case No. 23STUD16512
Case Name: MCREF Highland and Selma LLC v. Elsie Mbugua

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 03/18/2024, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: /s/ *Lori Muraoka*
Deputy Clerk
lori_muraoka@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

______________________
Date

By: ______________________
Deputy Clerk